1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant United States Attorneys
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2797



FILED

JAN 1 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 2:12-0039 GEB |
| Plaintiff, | APPLICATION TO UNSEAL ARREST WARRANT, INDICTMENT, PETITION TO SEAL, ORDER AND SEALING ORDER; [PROPOSED] ORDER |
| v. | |
| JOSE ALFREDO HERNANDEZ-GARCIA, | |
| Defendant. | |

APPLICATION

On February 2, 2012, this Court issued an arrest warrant, petition to seal, order, and sealing order for the captioned matter, and sealed these documents as well as the indictment in this case. Since this defendant and most of the defendant's in the relating cases have now been arrested, it is no longer necessary for the case to be sealed.

///

///

The Government respectfully requests that the arrest warrant, indictment, petition to seal, order, sealing order, and any other documents sealed pursuant to the Court's February 2, 2012, order be unsealed.

DATED: February 13, 2012

        Respectfully submitted,

        BENJAMIN B. WAGNER
        United States Attorney

By: _____
    MICHAEL M. BECKWITH
    Assistant U.S. Attorney

**ORDER**

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the arrest warrant, indictment, petition to seal, order, sealing order, and any other documents sealed pursuant to the Court's February 2, 2012, order for the captioned matter be UNSEALED.

Date: February 13, 2012

_____
HONORABLE GARLAND E. BURRELL
United States District Court Judge

3