MARK J. REICHEL, State Bar #155034
REICHEL  & PLESSER L.L.P.
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOSE HERNANDEZ -GARCIA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12-039 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION; ORDER THEREON** |
| | ) | |
| v. | ) | Date: October 19, 2012 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: HONORABLE GARLAND E. |
| | ) |        BURRELL, JR |
| JOSE HERNANDEZ-GARCIA | ) | |
| | ) | |
| Defendant. | | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the status hearing be re calendared for October 19, 2012.

This continuance is requested as defense counsel needs adequate time to prepare for the case, and the defense is still reviewing the discovery and will be researching matters. As well, defense counsel will be in negotiations

Stipulation and Order

1  with the government in an effort to resolve the case.
2     Accordingly, all counsel and defendant agree that time
3  under the Speedy Trial Act from the date this stipulation is
4  lodged, through October 19, 2012 should be excluded in
5  computing the time within which trial must commence under the
6  Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161
7  (H)(7)(B)(iv) and Local Code T4.
8  DATED: October 1, 2012.    Respectfully submitted,
9                              MARK J. REICHEL, ESQ.
10                             /s/ MARK J. REICHEL
                               MARK J. REICHEL
11                             Attorney for defendant
12                             BENJAMIN WAGNER
                               United States Attorney
13
   DATED: October 1, 2012.    s/MARK J. REICHEL for:
14                             MICHAEL BECKWITH
                               Assistant U.S. Attorney
15                             Attorney for Plaintiff

16                          **O R D E R**

17     **IT IS SO ORDERED.**  For the reasons set forth above, the
18  court finds that there is GOOD CAUSE for the continuance and
19  the exclusion of time, and that the ends of justice served by
20  this continuance outweigh the best interests of the public
21  and the defendant in a speedy trial.  Time is excluded
22  pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local
23  Code T4.
24  Dated:  October 1, 2012
25
26                              _____
                                GARLAND E. BURRELL, JR.
27                              Senior United States District
                                Judge
28

Stip and Order                         2