MARK J. REICHEL, State Bar #155034
REICHEL  & PLESSER L.L.P.
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOSE HERNANDEZ -GARCIA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12-039 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION; ORDER THEREON** |
| | ) | |
| v. | ) | Date: January 25, 2013 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: HONORABLE GARLAND E. |
| | ) | BURRELL, JR |
| JOSE HERNANDEZ-GARCIA | ) | |
| | ) | |
| Defendant. | | |

_____

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the status hearing be re calendared for January 25, 2013.

This continuance is requested as defense counsel needs adequate time to prepare for the case, and the defense is still reviewing the discovery and will be researching matters. As well, defense counsel will be in negotiations

Stipulation and Order

1   with the government in an effort to resolve the case.

2       Accordingly, all counsel and defendant agree that time

3   under the Speedy Trial Act from the date this stipulation was

4   agreed upon, December 14, 2012, through January 25, 2013,

5   should be excluded in computing the time within which trial

6   must commence under the Speedy Trial Act, pursuant to Title

7   18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

8   DATED: January 17, 2013.        Respectfully submitted,

9                                   MARK J. REICHEL, ESQ.

10                                  /s/ MARK J. REICHEL
                                    MARK J. REICHEL
11                                  Attorney for defendant

12

13                                  BENJAMIN WAGNER
                                    United States Attorney
14

15  DATED: January 17, 2013.        s/MARK J. REICHEL for:
                                    MICHAEL BECKWITH
16                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
17
                        O R D E R
18
        **IT IS SO ORDERED.**  For the reasons set forth above, the
19
    court finds that there is GOOD CAUSE for the continuance and
20
    the exclusion of time, and that the ends of justice served by
21
    this continuance outweigh the best interests of the public
22
    and the defendant in a speedy trial.  Time is excluded
23
    pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local
24
    Code T4.
25
    DATED: January 17, 2013
26

27

28                                  GARLAND E. BURRELL, JR.
                                    Senior United States District Judge