1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #288639
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LUIS MEJIA-CALDERON

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,      ) Nos.  2:12-CR-0039 TLN
11                                )
                  Plaintiff,      )
12                                ) STIPULATION AND ORDER RELATING CASES
        v.                        ) Local Rule 123
13                                )
   LUIS MEJIA-CALDERON            ) Date:
14                                ) Time:
                  Defendant.      ) Judge: Hon. Troy L. Nunley
15                                )
   _____  )
16

17  The parties request, pursuant to Local Rule 123, that case 2:12CR0046 GEB

18  be related to *U.S. v. Hernandez-Garcia and Mejia-Calderon*, 2:12 CR 00039

19  TLN within the meaning of Local Rule 123(a). The case 2:12 CR 00039

20  involves allegations that Mr. Hernandez-Garcia and Mr. Mejia-Calderon

21  conspired to distribute cocaine between December 1, 2011 to December 14,

22  2013.  The indictment in case 2:12CR 0046 GEB alleges that on December

23  14, 2011, Mr. Mejia-Calderon traveled in interstate commerce to

24  distribute the proceeds of the distribution of controlled substances. Mr.

25  Mejia-Calderon's pre-sentence report in 2:12CR 0046 GEB shows that the

26  informant who allegedly communicated with Mr. Hernandez-Garcia about drug

27  distribution on December 1, 2011 was the same informant who went with Mr.

28  Mejia-Calderon to pick up the money in Ohio that resulted in the

1  interstate transportation of drug proceeds charges in 2:12 CR 0046 GEB.
2  (PSR para. 4-6)  According to he Pre-sentence report, the same informant
3  was introduced to Mr. Mejia-Calderon by Mr. Hernandez-Garcia on December
4  3, 2011 and the informant said Mr. Hernandez-Garcia paid him $4000, that
5  day.  Paragraph 18 of the pre-sentence report recommends that the Court
6  look to the Hernandez-Garcia conspiracy to calculate an estimate of the
7  drug weight.

8      The pre-sentence report shows that the Government alleges that both
9  cases involve the same transaction or events, and sentencing will involve
10 the identical issue of calculating the drug weight. Mr. Mejia-Calderon's
11 current case 2:12 CR 0046 GEB has a maximum sentence of 5 years, so the
12 exact drug weight would not necessarily change the sentence.  However,
13 drug weight is still relevant to Bureau of Prisons classification.
14 Reassignment to a single judge will also save judicial resources, because
15 Mr. Mejia-Calederon's sentencing case (2:12CR 0046) involving
16 transporting of proceeds of illegal activity is an open plea with no plea
17 agreement and no minimum sentence. Neither case involves drugs that were
18 seized, so the determination of guidelines offense level in both cases
19 involves credibility determination regarding what the informant claims
20 Mr. Mejia-Calderon told him while they were driving to pick up the money.
21 Mr. Mejia-Calderon has a right to cross-examine the informant regarding
22 the allegations in the pre-sentence report in sentencing in 2:12 CR 0046,
23 and he also has a right to cross-examine the same informant about the
24 same facts at trial in 2:12CR 0036 TLN.  Having two judges would make it
25 unavoidable to have the informant testify twice.

26     AUSA Beckwith has stated that he believes the cases should be
27 related, but he did not do so because both were originally assigned to
28 Judge Burrell in the original random case assignment.

S/O Related Cases             -2-

1    According to Local Rule 123(c) the judge with the lower case number
2 is authorized to reassign the higher case number case to himself.
3 Dated: May 3, 2013                    Respectfully submitted,
4
                                        JOSEPH SCHLESINGER
5                                       Acting Federal Defender
6
                                        */s/ Douglas Beevers*
7                                       _____
                                        DOUGLAS BEEVERS
8                                       Assistant Federal Defender
                                        Attorney for Defendant
9                                       LUIS MEJIA-CALDERON
10
   Dated: May 3, 2013                   BENJAMIN B. WAGNER
11                                      United States Attorney
12
                                        */s/ Michael Beckwith*
13                                      _____
                                        Michael Beckwith
                                        Assistant United States Attorney
14
15                                **ORDER**
16    UPON GOOD CAUSE SHOWN and the stipulation of all parties it is
17 ordered that case 2:12-CR-0046 GEB be related to U.S. v. Hernandez-Garcia
18 and Mejia-Calderon, 2:12-CR-0039 TLN within the meaning of Local Rule
19 123(a).
20
21 Dated: May 8, 2013
22
23
24                                      _____
                                        Troy L. Nunley
25                                      United States District Judge
26
27
28

S/O Related Cases                  -3-