HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, Bar #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LUIS MEJIA-CALDERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR. S-12-00039 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| LUIS MEJIA-CALDERON, et al., | Date:   June 20, 2013
Time:   9:30 a.m.
Judge:  Hon. Troy L. Nunley |
| Defendants. | |

The parties request that the status conference in this case be continued from April 12, 2013, to June 20, 2013 at 9:30 a.m.  They stipulate that the time between April 12, 2013 and June 20, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). Specifically, counsel needs additional time investigate the facts of the case, review discovery, and to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated:    May 17, 2013                    Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ Douglas Beevers
                                          DOUGLAS BEEVERS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          LUIS MEJIA-CALDERON


Dated:    May 17, 2013                    /s/ Mark Reichel
                                          MARK REICHEL
                                          Attorney for Defendant
                                          JOSE ALFREDO HERNANDEZ-GARCIA


Dated:    May 17, 2013                    BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/ Michael Beckwith
                                          Michael Beckwith
                                          Assistant United States Attorney


# ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 12, 2013, be continued to June 20, 2013, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the June 20, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated:    May 17, 2013

                                          Troy L. Nunley
                                          United States District Judge

Stip and Order                            -2-