1  BENJAMIN B. WAGNER
United States Attorney
2  MICHAEL M. BECKWITH
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:12-CR-0039 TLN

12                       Plaintiff,    STIPULATION AND ORDER
                                       TO CONTINUE STATUS CONFERENCE
13         v.

14  LUIS MEJIA-CALDERON, et al.,

15
                      Defendants.
16

17

18         The parties request that the status conference currently set for June 20, 2013, be continued to

19  July 11, 2013, and stipulate that the time beginning June 20, 2013, and extending through July 11, 2013,

20  should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the

21  ends of justice are served by the Court excluding such time, so that counsel for each defendant may have

22  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

23  18U.S.C. § 3161(h)(7)(B)(iv).  Specifically, counsel needs additional time to investigate the facts of the

24  case, review discovery and to negotiate a resolution to this matter.  The parties stipulate and agree that

25  the interest of justice served by grating this continuance outweigh the best interests of the public and the

26  defendants in a speedy trial.  18U.S.C. § 3161(h)(7)(B)(iv).

27  ///

28  ///

        Stipulation and Order                        1

1   Dated:  June 17, 2013                          BENJAMIN B. WAGNER
                                                   United States Attorney
2

3

4   Dated:  June 17, 2013                          /s/ Michael M. Beckwith
                                                   MICHAEL M. BECKWITH
5                                                  Assistant United States Attorney

6                                                  /s/ Mark Reichel
    Dated:  June 17, 2013                          MARK REICHEL
7                                                  Attorney for defendant Jose Hernandez-Garcia

8   Dated:  June 17, 2013                          /s/ Douglas Beevers
                                                   DOUGLAS BEEVERS
9                                                  Attorney for defendant Luis Mejia-Calderon

10

11

12                                     **ORDER**

13

14       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status

15   conference presently set for June 20, 2013, be continued to July 11, 2013, at 9:30 a.m. Based on the

16   representation of counsel and good cause appearing therefrom, the Court herby finds the ends of justice

17   to be served by granting a continuance outweigh the best interests of the public and the defendant in a

18   speedy trial.  It is ordered that time from the date of this Order, to and including July 11, 2013, status

19   conference shall be excluded from the computation of time within which the trial of this matter must be

20   commenced under the Speedy Trial Act pursuant to 18U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

21

22   Dated:          June 19, 2013

23

24

25   _____

26   Troy L. Nunley
     United States District Judge

27

28

    Stipulation and Order                        2