1  DAVID D. FISCHER, SBN 224900
2  LAW OFFICES OF DAVID D. FISCHER, APC
3  1007 7th Street, Suite 100
   Sacramento, CA 95814
4  Telephone:   (916) 447-8600
   Fax:         (916) 930-6482
5  E-Mail:      davefischer@yahoo.com

6  Attorney for Defendant
7  JOSE HERNANDEZ-GARCIA

**IN THE UNITED STATES OF DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE HERNANDEZ-GARCIA,<br><br>Defendant. | No.  2:12-cr-00039 TLN<br><br>ORDER TO ALLOW SACRAMENTO COUNTY SHERIFF'S DEPARTMENT TO ALLOW DR. RAPHAEL MERRIMAN, M.D. INTO THE JAIL TO CONDUCT A MEDICAL EXAMINATION OF THE DEFENDANT |

The Sacramento County Sheriff's Department is ordered to allow Dr. Raphael Merriman, M.D. to enter the Sacramento Main Jail to conduct a medical examination of defendant Jose Hernandez-Garcia.  The Sacramento County Sheriff is to allow Dr. Merriman to be accompanied by a Spanish language interpreter and attorney David Fischer.

1
2  Dated: June 9, 2014
3
4
5
6  _____
7  Troy L. Nunley
   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28